PEOPLE'S BANK *v.* MARJORIE PERKINS

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 260, is denied.

*Marjorie Perkins,* pro se, in support of the petition.

Decided September 18, 1990

MICHAEL PILATO *v.* JATINDER N. KAPUR ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 22 Conn. App. 282, is granted, limited to the following issues:

"1. In a case referred to an attorney trial referee, is the decision whether to award interest as an element of damages within the province of the attorney trial referee or the trial court?

"2. Should the Appellate Court have remanded the case with direction that the determination of whether interest should be allowed be made by the attorney trial referee who had heard the case and had refused to award interest upon a ground later determined to be erroneous?

"3. Should the Appellate Court have complied with General Statutes § 51-183c in remanding the case?"

*Melvin J. Silverman,* in support of the petition.

*Anthony E. Ahern,* in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* HENRY MONTGOMERY, JR.

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 340, is denied.

*Otto P. Witt,* special public defender, in support of the petition.

Decided September 18, 1990